UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

IN RE:                             Case No. 07-50012
                                            Chapter 7

Bruard's Incorporated
fdba Bruard's-Havenworth, fdba Havenworth
Debtor EIN: 56-0989215

                     Debtor.

---

NOTICE OF WITHDRAWAL OF
MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

NOW COMES Oak Point Partners, Inc., by and through the undersigned attorney, and hereby withdraws the Motion for Disbursement of Unclaimed funds filed herein.

THIS the 23rd day of October, 2015.

                                          */s/ J. Baron Groshon*
                                          J. Baron Groshon, Attorney for Oak Point Partners, Inc.
                                          State Bar Number 12417
                                          J. BARON GROSHON, P.A.
                                          1001 East Boulevard, Suite C
                                          Charlotte, North Carolina  28203
                                          (704) 342-3328

CERTIFICATE OF SERVICE

The undersigned certifies that the Notice of Withdrawal of Motion for Disbursement of Unclaimed Funds to which this certificate is affixed was served upon the other parties to this action by depositing a copy of the same, enclosed in a first-class postpaid envelope, properly addressed to these parties, in a post office or official depository under the exclusive care and custody of the United States Postal Service on October 23, 2015.

United States Attorney                               Bankruptcy Administrator
227 West Trade Street, Suite 1650             402 West Trade Street, Suite 200
Charlotte, North Carolina  28202              Charlotte, North Carolina  28202

James T. Ward, Sr., Trustee
P. O. Box 240
Clover, SC  29710-0240